Opinion adopted by the Supreme Court.

## SPENCER v. STATE.

### No. 18945.

Court of Criminal Appeals of Texas.

April 21, 1937.

Grady L. Fox, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for 25 years.

The indictment appears regular and properly presented. The evidence heard upon the trial is not brought forward for review. No complaints of the procedure have been presented by bills of exception or otherwise.

No error having been perceived, the judgment of the trial court is affirmed.